# UNITED STATES DISTRICT COURT

### District of Oregon
### Portland Division

Tina Phillips,

                           Plaintiff(s)

vs.                                           Case No:    3:10-CV-043-KI

Catherine Gorton et al,

                           Defendant(s).

### Fed. R. Civ. P. 26(a)(1) Discovery Agreement

In accordance with LR 26-2, I state that the parties who have been served and who are not in default, have agreed to forego the disclosures required by Fed. R. Civ. P. 26(a)(1).

DATED: February 2, 2010

          Signature: *Carlo Calandriello*
   Name & OSB ID: Carlos Calandriello OSB: 04254
    e-mail address: carlo.calandriello@co.multnomah.or.us
        Firm Name: Multnomah County Attorney's Office
  Mailing Address: 501 S.E. Hawthorne Blvd
    City, State, Zip: Portland, OR 97214
    Phone Number: 503-988-3138
Parties Represented: Catherine Gorton & Multnomah County

cc:    Counsel of Record