Lynn S. Walsh, OSB #924955
email: walsh@europa.com
209 SW Oak Street, Suite 400
Portland, Oregon 97204
Telephone: 503-790-2772
Facsimile: 503-227-6840

    Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| TINA PHILLIPS,<br><br>    Plaintiff,<br><br>vs.<br><br>CATHERINE GORTON and MULTNOMAH COUNTY<br><br>    Defendants. | NO. 3:10-CV-043 KI<br><br>STIPULATION OF DISMISSAL |

    Pursuant to FRCP 41(a)(1), the parties hereby stipulate to dismiss all defendants with prejudice and without costs or attorney fees awarded to any party.

IT IS SO STIPULATED

/s/ Lynn S. Walsh
Lynn S. Walsh, OSB #924955
Of attorneys for plaintiff

Page 1    STIPULATION OF DISMISSAL

LYNN S. WALSH,
OSB#92495
Suite 400
209 SW Oak Street
Portland, Oregon 97204
(503) 790-2772
walsh@europa.com

/s/ Carlo Calandriello
Carlo Calandriello, OSB #042540
Of attorneys for defendants

Page 2        STIPULATION OF DISMISSAL

LYNN S. WALSH,
OSB#92495
Suite 400
209 SW Oak Street
Portland, Oregon 97204
(503) 790-2772
walsh@europa.com