IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**TINA PHILLIPS**,                                    Civil Case No. 10-043-KI

        Plaintiff,

                                  JUDGMENT

vs.

**CATHERINE GORTON, MULTNOMAH COUNTY**,

        Defendants.

    Lynn S. Walsh
    209 S.W. Oak Street, Suite 400
    Portland, Oregon  97204

        Attorney for Plaintiff

    Carlos J. Calandriello
    Multnomah County Attorneys
    501 SE Hawthorne Blvd., Suite 500
    Portland , Oregon  97214

        Attorney for Defendants

Page 1 - JUDGMENT

KING, Judge:

  Based on the parties Stipulation of Dismissal, this action is dismissed with prejudice and with no costs or attorney fees awarded to any party.

  Dated this   9th   day of April, 2010.

               /s/ Garr M. King
               Garr M. King
               United States District Judge

Page 2 - JUDGMENT